SHAMIE *v.* GROSSMAN

JUDGMENT—ACCELERATED JUDGMENT—AFFIDAVIT—FAILURE TO REBUT.
   Accelerated judgment was properly granted where plaintiff in
   an action to recover on a promissory note failed to rebut de-
   fendants' affidavit alleging payment, because the trial judge
   was justified in accepting the affidavit as true.

Appeal from Oakland, James S. Thorburn, J.
Submitted Division 2 May 11, 1971, at Lansing.
(Docket No. 9749.)   Decided May 25, 1971.

Complaint by Terry Shamie, administratrix of
the estate of Jack Shamie, against Harry Grossman
and J. Leonard Hyman for payment of a promissory
note.   Accelerated judgment for defendants.   Plain-
tiff appeals.   Affirmed.

*John Cozart, Jr.,* for plaintiff.

*Hyman & Rice,* for defendants.

Before: DANHOF, P. J., and FITZGERALD and
QUINN, JJ.

PER CURIAM.   Plaintiff filed an action on the
promissory note of defendants.   They moved for
accelerated judgment on the basis of payment, GCR
1963, 116.1(5), and supported the motion with an

REFERENCE FOR POINTS IN HEADNOTE
41 Am Jur, Pleading §§ 340–343.

appropriate affidavit. Although afforded ample opportunity by way of amendment and discovery, plaintiff did not rebut the allegations of payment contained in defendants' affidavit, and accelerated judgment in their favor entered.

The trial judge was justified in accepting the facts stated in defendants' affidavit as true, *People, ex rel. Thornton Construction Company, Inc.,* v. *United States Fidelity & Guaranty Company* (1967), 8 Mich App 540. Those facts support a finding of payment.

Affirmed.